# Exhibit 2

US00D715996S

# (12) United States Design Patent
## Dyson et al.

(10) Patent No.: **US D715,996 S**
(45) Date of Patent: ★★ **Oct. 21, 2014**

(54) **HAIR DRYER**

(71) Applicant: **Dyson Technology Limited**, Wiltshire (GB)

(72) Inventors: **James Dyson**, Bristol (GB); **Peter David Gammack**, Swindon (GB); **Stephen Benjamin Courtney**, Bath (GB); **Patrick Joseph William Moloney**, Swindon (GB); **Edward Sebert Maurice Shelton**, Swindon (GB)

(73) Assignee: **Dyson Technology Limited**, Malmesbury, Wiltshire (GB)

(**) Term: **14 Years**

(21) Appl. No.: **29/485,993**

(22) Filed: **Mar. 25, 2014**

(30) Foreign Application Priority Data

Sep. 26, 2013   (EM) .................... 001384796-0003

(51) **LOC (10) Cl.** ................................. **28-03**
(52) **U.S. Cl.**
   CPC ..................................... **A45D 20/12** (2013.01)
   USPC ......................................... **D28/13**
(58) Field of Classification Search
   CPC .................................... A45D 20/12
   USPC .......... D28/12–19; 34/96–101; 392/380–385; 219/222; D23/238–243
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,350,872 A | 9/1982 | Meywald et al. | |
| 4,596,921 A | 6/1986 | Hersh et al. | |
| 4,767,914 A | 8/1988 | Glucksman | |
| 5,133,043 A | 7/1992 | Baugh | |
| D350,413 S * | 9/1994 | Feil | D28/13 |
| D352,365 S * | 11/1994 | Hansen et al. | D28/13 |
| 5,378,882 A | 1/1995 | Gong et al. | |
| 5,546,674 A | 8/1996 | Lange et al. | |
| 5,572,800 A | 11/1996 | West | |
| 5,598,640 A | 2/1997 | Schepisi | |
| 5,681,630 A | 10/1997 | Smick et al. | |
| 5,875,562 A | 3/1999 | Fogarty | |
| 6,203,349 B1 | 3/2001 | Nakazawa | |
| 6,751,886 B2 * | 6/2004 | Chang et al. | 34/96 |
| 6,889,445 B1 * | 5/2005 | Varona et al. | 34/97 |
| D550,813 S * | 9/2007 | Lammel et al. | D23/238 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CH | 588 835 | 6/1977 |
| CN | 200973446 | 11/2007 |

(Continued)

OTHER PUBLICATIONS

Reba, I. (1966). "Applications of the Coanda Effect," Scientific American 214:84-92.

*Primary Examiner* — Zenia Bennett
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57) **CLAIM**

We claim the ornamental design for a hair dryer, as shown and described.

**DESCRIPTION**

FIG. **1** is a rear perspective view of a hair dryer showing our new design;
FIG. **2** is a front perspective view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D646,354 S * | 10/2011 | Gessi | D23/238 |
| 8,132,571 B1 | 3/2012 | Jackson | |
| D696,386 S * | 12/2013 | Schoenherr et al. | D23/238 |
| D702,322 S * | 4/2014 | Sieger | D23/238 |
| 2004/0163274 A1 | 8/2004 | Andrew et al. | |
| 2005/0229422 A1 | 10/2005 | Mattinger et al. | |
| 2006/0075654 A1 | 4/2006 | Lin | |
| 2007/0294909 A1 | 12/2007 | Abdi et al. | |
| 2010/0064542 A1 | 3/2010 | Mulvaney et al. | |
| 2010/0065545 A1 | 3/2010 | Chung et al. | |
| 2011/0079239 A1 | 4/2011 | Hall | |
| 2011/0177711 A1 | 7/2011 | Park | |
| 2011/0203128 A1 | 8/2011 | Rodrigues | |
| 2013/0111777 A1 | 5/2013 | Jeong | |
| 2013/0269200 A1 | 10/2013 | Moloney et al. | |
| 2013/0269201 A1 | 10/2013 | Courtney et al. | |
| 2013/0276320 A1 | 10/2013 | Courtney et al. | |
| 2013/0276321 A1* | 10/2013 | Courtney et al. | 34/97 |
| 2013/0283630 A1* | 10/2013 | Courtney et al. | 34/97 |
| 2013/0283631 A1 | 10/2013 | Moloney et al. | |
| 2014/0007448 A1 | 1/2014 | Courtney et al. | |
| 2014/0007449 A1 | 1/2014 | Courtney et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201328477 | 10/2009 |
| CN | 201341553 | 11/2009 |
| CN | 101292806 | 10/2010 |
| CN | 201774080 | 3/2011 |
| CN | 201948229 | 8/2011 |
| CN | 202146022 | 2/2012 |
| CN | 202536440 | 11/2012 |
| CN | 202774786 | 3/2013 |
| DE | 26 18 819 | 11/1977 |
| DE | 195 27 111 | 1/1997 |
| DE | 10 2009 049 838 | 4/2011 |
| EP | 0 105 810 | 4/1984 |
| EP | 0 300 281 | 1/1989 |
| EP | 0 306 765 | 3/1989 |
| EP | 0 970 633 | 1/2000 |
| EP | 1 433 401 | 8/2004 |
| EP | 1 616 500 | 1/2006 |
| EP | 2 000 042 | 12/2008 |
| EP | 2 255 692 | 12/2010 |
| EP | 2 392 223 | 12/2011 |
| EP | 2 401 939 | 1/2012 |
| FR | 1387334 | 1/1965 |
| FR | 1408096 | 8/1965 |
| GB | 647291 | 12/1950 |
| GB | 953057 | 3/1964 |
| GB | 1 446 385 | 8/1976 |
| GB | 1 456 000 | 11/1976 |
| GB | 1 489 723 | 10/1977 |
| GB | 1 539 485 | 1/1979 |
| GB | 2 295 056 | 5/1996 |
| GB | 2 316 868 | 3/1998 |
| GB | 2472240 | 2/2011 |
| GB | 2478927 | 9/2011 |
| GB | 2482547 | 2/2012 |
| GB | 2482548 | 2/2012 |
| GB | 2482549 | 2/2012 |
| GB | 2500798 | 10/2013 |
| GB | 2500800 | 10/2013 |
| GB | 2503684 | 1/2014 |
| GB | 2503685 | 1/2014 |
| GB | 2503686 | 1/2014 |
| JP | 1-27506 | 1/1989 |
| JP | 1-29208 | 1/1989 |
| JP | 4-221507 | 8/1992 |
| JP | 5-7507 | 1/1993 |
| JP | 5-130915 | 5/1993 |
| JP | 7-16113 | 1/1995 |
| JP | 2000-201723 | 7/2000 |
| JP | 2001-37530 | 2/2001 |
| JP | 2002-238649 | 8/2002 |
| JP | 2003-153731 | 5/2003 |
| JP | 2004-312 | 1/2004 |
| JP | 2004-113402 | 4/2004 |
| JP | 2004-357763 | 12/2004 |
| JP | 2005-546 | 1/2005 |
| JP | 2006-51181 | 2/2006 |
| JP | 2006-130181 | 5/2006 |
| JP | 2006-181265 | 7/2006 |
| JP | 2007-136121 | 6/2007 |
| JP | 2010-274050 | 12/2010 |
| JP | 2012-45178 | 3/2012 |
| WO | WO-83/02753 | 8/1983 |
| WO | WO-94/23611 | 10/1994 |
| WO | WO-2004/006712 | 1/2004 |
| WO | WO-2005/120283 | 12/2005 |
| WO | WO-2007/043732 | 4/2007 |
| WO | WO-2008/053099 | 5/2008 |
| WO | WO-2012/059700 | 5/2012 |
| WO | WO-2012/069983 | 5/2012 |
| WO | WO-2012/076885 | 6/2012 |

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



*Fig. 4*



Fig. 5



Fig. 6



Fig. 7