**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br>Plaintiff,<br>v.<br>CUTESLIVING STORE, et al.,<br>Defendants. | Case No. 24-cv-01749<br>**Judge Franklin U. Valderrama**<br>**Magistrate Judge Maria Valdez** |

**DECLARATION OF JUSTIN R. GAUDIO**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:
2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).
3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce store operating under the Seller Aliases and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. The limited information provided by AliExpress, Amazon.com, Inc. ("Amazon"), DHgate.com ("DHgate"), eBay, Inc. ("eBay"), and WhaleCo, Inc. ("Temu") for Defaulting Defendants indicates that the amount currently in Defaulting Defendants' known financial accounts ranges from $0 - $7,658. Additionally, limited information provided by Amazon indicates that the known revenue generated by some Defaulting Defendants from the sale of Infringing Products is up to at least $168,114 (see below chart in paragraph 6).

5. The limited Infringing Product revenue information provided by Amazon and Wish.com only includes revenue figures for a single product having a unique product identification number.

6. A breakdown by Defaulting Defendant of the financial account balance, known Infringing Product revenue, if available, and Plaintiff's requested profit award is in the table below.

| Defendant | Account Balance | Infringing Revenue | Requested Profits Award |
|---|---|---|---|
| Cutesliving Store | $6,016 | | $6,016 |
| kaleidoscope Store | $0 | | $250 |
| Shop1102367007 Store | $0 | | $250 |
| Danlin Store | $0 | | $250 |
| Shop1102644381 Store | $0 | | $250 |
| NEWNEW Appliance Store | $0 | | $250 |
| G-Life Factory Store | $0 | | $250 |
| jiaxingmaifumaoyiyouxiangongsi 663 | $0 | $105 | $250 |
| Kings-US Direct | $7,658 | $5,985 | $7,658 |
| CCl-store | $0 | $40 | $250 |
| isidore springfirm | $4,690 | $3,170 | $4,690 |
| Beilanxi Trading | $0 | $168,114 | $168,114 |
| guangzhoutufenshangmaoyouxian gongs | $0 | $0 | $250 |
| Runzimao | $364 | $86 | $364 |
| AFBT | $3,442 | $55,633 | $55,633 |
| isidore springflrm | $0 | $782 | $782 |
| zheng-zhi | $0 | $303 | $303 |
| lajcek us | $0 | $738 | $738 |
| anrang-us | $1,077 | $874 | $1,077 |
| cnwalmart | $6,444 | | $6,444 |
| cnfit | $95 | | $250 |

| | | | |
|---|---|---|---|
| cnths | $19 | | $250 |
| huiruida | $0 | | $250 |
| yitaono2 | $66 | | $250 |
| kiki2 | $0 | | $250 |
| wsqew69 | $0 | | $250 |
| ds3927 | $0 | | $250 |
| yq3y | $0 | | $250 |
| cfycarshop | $0 | | $250 |
| super2022 | $120 | | $250 |
| dsa320 | $116 | | $250 |
| germanyspa | $148 | | $250 |
| a15962873782 | $0 | | $250 |
| adroom | $0 | | $250 |
| queencard | $555 | | $555 |
| jynshop | $0 | | $250 |
| miaaaaa2023 | $0 | | $250 |
| cjbest | $0 | | $250 |
| hb247 | $1,089 | | $1,089 |
| cessuee | $0 | | $250 |
| suifengpiao21 | $0 | | $250 |
| easygo1223 | $32 | $50 | $250 |
| Gaorui home car beauty | $6 | | $250 |

7. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 29th day of April 2024 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Plaintiff Dyson Technology Limited